No. 10–8143. SANFORD v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 10–8147. SARTAIN v. MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 10–8148. SIMPSON v. BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–8151. CASTILLO-CAMPOS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 10–8154. DESMOULINS v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–8155. TILLMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8156. WARD v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8157. VASQUEZ v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 10–8161. TOWNSEND v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–8162. WHITE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8165. LECHUGA-ESPARZA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 10–8169. JUAREZ-GONZALEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–8175. JEAN-PIERRE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–8176. LINYARD v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 10–8177. MASSEY v. HARDY, WARDEN. C. A. 7th Cir. Certiorari denied.